%JS 45 (5/97) - (Revised USAO MA 9/25/2013)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Lynn and elsewhere

**County** Essex and elsewhere

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  25-MJ-1178-DLC
Search Warrant Case Number  see attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  see attached    ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name**  HARVEY RODRIGUEZ    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:**  BIG OPP

**Address:**  Quincy, MA

**Birth date (Yr only):** 1996  **SSN (last 4#):** 2976  **Sex:** M  **Race:** Hispanic  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/22/2025    **Signature of AUSA:** *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   HARVEY RODRIGUEZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute and PWID Controlled Substances | 1 |
| Set 2 | 18 USC § 1951(a) | Conspiracy to Interfere with Commerce by Robbery | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**